**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Kenroy BELL, a/k/a Jamaica Mike, Defendant–Appellant.**

**No. 15–7781.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 23, 2016.

Decided: Feb. 26, 2016.

Michael Kenroy Bell, Appellant Pro Se. Eleanor T. Morales, Stephen Aubrey West, Assistant United States Attorneys, Shailika S. Kotiya, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Kenroy Bell appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bell*, No. 5:09–cr–00202–BO–2 (E.D.N.C. Oct. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*